Gene H. YAMAGATA, Rex G.
Maughan, Ruth G. Maughan,
Plaintiffs–Appellants

v.

UNITED STATES, Defendant–Appellee.

No. 2014–5065.

United States Court of Appeals,
Federal Circuit.

May 13, 2015.

Kenneth Brent Vaughn, Grant &
Vaughn P.C., Phoenix, AZ, argued for
plaintiff-appellant Gene H. Yamagata.
Also represented by Merwin D. Grant.

Philip Charles Wilson, Woolston & Tar-
ter, P.C., Phoenix, AZ, argued for plain-
tiffs-appellants Rex G. Maughan, Ruth G.
Maughan. Also represented by Tim A.
Tarter, Kacie Nicole Clarke Dillon.

Arthur Thomas Catterall, Tax Division,
United States Department of Justice,
Washington, DC, argued for defendant-
appellee. Also represented by Richard
Farber, Tamara W. Ashford.

LOURIE, LINN, and HUGHES,
Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is

**1010**

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.